UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIE ANNE KEMPF, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FULLBEAUTY BRANDS OPERATIONS, LLC, an Indiana limited liability company,<br><br>Defendant. | No. 2:25-cv-1141-RSM<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR RESPONSE AND TO SET BRIEFING SCHEDULE** |

Plaintiff Julie Anne Kempf and Defendant FullBeauty Brands Operations LLC (collectively, the "Parties"), by and through their counsel of record, stipulate and agree, subject to the Court's approval, as follows:

WHEREAS, Plaintiff filed the Complaint in this action on May 15, 2025;

WHEREAS, Defendant was served with the Complaint on May 19, 2025;

WHEREAS, Defendant removed this action to this Court on June 18, 2025;

WHEREAS, Defendant's deadline to respond to the Complaint is June 25, 2025;

WHEREAS, no previous extensions have been requested or granted; and,

WHEREAS, the Parties agree that good cause exists under Federal Rule of Civil Procedure 6(b) to extend the Parties' deadlines as set forth herein;

NOW THEREFORE, subject to the approval of the Court, the Parties hereby agree as

follows:

1. Defendant's deadline to respond to Plaintiff's Complaint shall be extended to July 11, 2025.

2. Plaintiff shall have up to and including August 8, 2025, to file any opposition that might be required.

3. Defendant shall have up to and including August 22, 2025, to file any reply to Plaintiff's opposition.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 26th day of June, 2025.

| TOUSLEY BRAIN STEPHENS PLLC | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| s/ *Kaleigh N. Boyd* <br> Kaleigh N. Boyd, WSBA #52684 <br> Email: kboyd@tousley.com <br> 1200 Fifth Avenue, Suite 1700 <br> Seattle, WA 98101 <br> Tel: 206-682-5600 | s/ *Lauren B. Rainwater* <br> Lauren B. Rainwater, WSBA #43625 <br> Email: laurenrainwater@dwt.com <br> Emily Parsons, WSBA #57061 <br> Email: emilyparsons@dwt.com <br> 920 Fifth Avenue, Suite 3300 <br> Seattle, Washington 98104-1610 <br> Telephone: (206) 622-3150 <br> Facsimile: (206) 757-7700 |
| WADE KILPELA SLADE LLP | |
| Edwin J. Kilpela, Jr. <br> Email: ek@waykayslay.com <br> James Lamarca <br> Email: jlamarca@waykayslay.com <br> 6425 Living Place, Suite 200 <br> Pittsburgh, PA 15206 <br> Tel: 412-314-0515 | Jacob Harper, *pro hac vice forthcoming* <br> 350 South Grand Avenue, 27th Floor <br> Los Angeles, CA 90071 <br> Telephone: 213-633-6800 <br> E-mail: jharper@dwt.com <br> <br> *Attorneys for Defendant* |
| NORTH LAW PLLC | |
| Evan E. North <br> Email: evan@northlawpllc.com <br> 1900 Market Street, Suite 800 <br> Philadelphia, PA 101-3 <br> Tel: 202-921-1651 | |

*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

DATED this   27th   day of June, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STPULATION TO EXTEND DEADLINE FOR RESPONSE
AND SET BREIFING SCHEDULE              3
NO. 2:25-CV-1141-RSM

STPULATION TO EXTEND DEADLINE FOR RESPONSE
AND SET BREIFING SCHEDULE              3
NO. 2:25-CV-1141-RSM