UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE AND TACOMA

| | |
|---|---|
| ANGEE HARRINGTON and LAUREN ARNDT, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>    v.<br><br>VINEYARD VINES, LLC,<br><br>                Defendant. | C25-1115 TSZ |
| JULIE ANNE KEMPF, on behalf of herself and all others similarly situated,<br><br>                Plaintiff,<br><br>   and<br><br>STATE OF WASHINGTON,<br><br>                Intervenor,<br><br>    v.<br><br>FULLBEAUTY BRANDS OPERATIONS, LLC,<br><br>                Defendant. | C25-1141 TSZ |
| VANESSA PERDOMO, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>    v.<br><br>FULLBEAUTY BRANDS OPERATIONS, LLC,<br><br>                Defendant. | C25-5844 TSZ<br><br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    In *Harrington*, C25-1115, the parties' stipulated motion for protective order, docket no. 53, is STRICKEN without prejudice. The parties have presented a

MINUTE ORDER - 1

proposed protective order that departs substantially from the District's model order, and the Court is reluctant to approve it in the absence of any explanation by counsel.  The parties, however, have stipulated to its contents and are therefore bound.

(2)     In *Kempf*, C25-1141, the motion for leave to file a brief as amicus curiae brought by the National Retail Federation ("NRF"), docket no. 57, is GRANTED, and NRF's brief, docket no. 57-1, has been considered.  Defendant FullBeauty Brands Operations, LLC's motion, docket no. 51, to certify for interlocutory appeal the Order entered February 12, 2026, docket no. 47, denying defendant's motion to dismiss, is DENIED.  Defendant has not shown that "substantial ground for difference of opinion" exists or that an immediate appeal would "materially advance the ultimate termination of the litigation."  *See* 28 U.S.C. § 1292(b).

(3)     These three cases, *Harrington*, C25-1115, *Kempf*, C25-1141, and *Perdomo*, C25-5844, are hereby STAYED until further order of the Court in light of *Montes v. SPARC Group, LLC*, No. 23-35496, which is now before the United States Court of Appeals for the Ninth Circuit, following the Washington Supreme Court's answer to the question certified by the Ninth Circuit.  *See Montes v. SPARC Group LLC*, --- P.3d ---, 2026 WL 900481 (Wash. Apr. 2, 2026).

(4)     All other pending motions (*i.e.*, defendant's motion to compel arbitration, docket no. 9 in *Perdomo*, C25-5844, the discovery motion brought pursuant to LCR 37, docket no. 40 in *Kempf*, C25-1141, and the motions to appoint interim class counsel and for leave to amend notice of removal, docket nos. 51 and 62 in *Harrington*, C25-1115) are STRICKEN without prejudice to refile, provided that leave is granted by the Court, after the Court rules on the standing and jurisdictional issues previously identified in all three matters.  *See* Minute Orders (docket no. 48 in C25-1115, docket no. 48 in C25-1141, and docket no. 23 in C25-5844).

(5)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 17th day of April 2026.

Joshua C. Lewis
Clerk

s/Grant Cogswell
Deputy Clerk

MINUTE ORDER - 2